George F. Ogilvie, III, Esq. (NSBN 3552)
Amanda M. Perach, Esq.  (NSBN 12399)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone:  (702) 873-4100
gogilvie@mcdonaldcarano.com
aperach@mcdonaldcarano.com

*Attorneys for Defendant
Burberry Limited*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRETT NYE, individually and on behalf of all similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BURBERRY LIMITED, and DOE ONE through and including DOE TEN,<br><br>Defendants. | Case No. 2:16-cv-00702-RFB-DJA<br><br>Hon. Richard F. Boulware, II<br><br>**STIPULATION AND ORDER TO VACATE ALL DEADLINES PENDING ENTRY OF ORDER APPROVING SETTLEMENT**<br><br>Action Filed:  March 30, 2016 |

Plaintiff Brett Nye and Defendant Burberry Limited (collectively, the "Parties"), by and through their undersigned counsel, hereby agree and stipulate as follows:

WHEREAS, the Parties participated in a mediation on August 12, 2020, and executed a memorandum of understanding memorializing the terms of a settlement of all pending individual, putative class and putative collective action claims in this matter.

WHEREAS, the parties are preparing a formal settlement agreement and upon execution of the same, will jointly file a Motion for Preliminary Approval of Settlement.

WHEREAS, the Parties anticipate filing their Motion for Preliminary Approval of Settlement by October 26, 2020.

NOW THEREFORE, THE PARTIES STIPULATE AND AGREE AS FOLLOWS:

1. All pending Court deadlines, including the deadline to file a joint status report and stipulated discovery plan as set forth in the Court's September 22, 2020 Minute Order [ECF No. 71] and any deadlines set forth in the Court's Scheduling Order, shall be vacated pending entry of an order approving the Parties' forthcoming Motion for Preliminary Approval of Settlement.

2. In the event the Motion for Preliminary Approval of Settlement is denied, all currently pending deadlines will be reset by the Court.

Dated: October 9, 2020

LAW OFFICE OF JONATHAN RICASA

By */s/ Jonathan Ricasa*
   Jonathan Ricasa (Bar No: 223550)
   2341 Westwood Boulevard, Suite 7
   Los Angeles, California 90064
   jricasa@ricasalaw.com

*Attorneys for Plaintiff Brett Nye*

Dated: October 9, 2020

MCDONALD CARANO, LLP

By */s/ Amanda M. Perach*
   Amanda M. Perach (NSBN 12399)
   2300 W. Sahara Ave, Suite 1200
   Las Vegas, Nevada 89102
   aperach@mcdonaldcarano.com

*Attorneys for Defendant
Burberry Limited*

**ORDER**

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 11th day of October, 2020.